# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 3:18-cr-00229 |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| DEVIN DEWAYNE WILLIAMS | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Devin DeWayne Williams' Motion to Suppress [Doc. No. 20] is **DENIED**.

Monroe, Louisiana, this 26th day of March, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**